IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| TRT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>    Defendants. | Case No. 23-cv-16575<br><br>Judge John J. Tharp, Jr.<br>Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff TRT, LLC pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendant: ninjakang (108) SLPGYXGS (340) (Settling Defendants), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

DATED: January 5, 2024

Respectfully submitted,
TRT, LLC
By: /s/ James E. Judge
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874