IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-16575 <br><br> Judge John J. Tharp, Jr. <br> Magistrate Judge Gabriel A. Fuentes |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff TR Tools, LLC ("TRT") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS TRT's Motion in part as follows.

This Court finds TRT has provided notice to Defendants in accordance with the Temporary Restraining Order entered December 18, 2023, ECF No. 10 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that TRT has provided a basis to conclude that Defendants have sold products bearing unauthorized copies of TRT's federally registered copyrights (the "TRT Copyrights") and/or using infringing and counterfeit versions of TRT's federally registered trademarks (the "TRT Trademarks"). This Court also

finds, in the absence of adversarial presentation, that TRT has provided a basis to conclude that Defendants have sold products that infringe directly and/or indirectly TRT's United States design patent (the "TRT Design").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of TRT's previously granted Motion for Entry of a TRO establishes that TRT has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that TRT will suffer irreparable harm if the injunction is not granted.

Specifically, TRT has proved a *prima facie* case of trademark infringement because (1) the TRT Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the TRT Trademarks, and (3) Defendants' use of the TRT Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with TRT. TRT has also proved a *prima facie* case of copyright infringement because it has demonstrated that (1) TRT is the owner of the valid and enforceable TRT Copyrights, and (2) Defendants, without any authorization from TRT, or any right under the law, have deliberately copied, displayed, distributed, reproduced, and/or made derivate works incorporating the TRT Copyrights. TRT has also proved a *prima facie* case of design patent infringement because (1) TRT is the lawful assignee of all rights, title, and interest in and to the TRT Design, (2) Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products that infringe directly and/or indirectly the ornamental design claimed in the TRT Design, and (3) an ordinary observer would be deceived into thinking the infringing product was the same as

the TRT Design. Furthermore, Defendants' continued and unauthorized use of the TRT Trademarks and the TRT Copyrights and the TRT Design irreparably harms TRT through diminished goodwill and brand confidence, damage to TRT's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, TRT has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the TRT Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine TRT product or not authorized by TRT to be sold in connection with the TRT Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the TRT Copyrights in any manner without the express authorization of TRT;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine TRT product or any other product produced by TRT, that is not TRT's or not produced under the authorization, control, or supervision of TRT and approved by TRT for sale under the TRT Trademarks;

      d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of TRT, or are sponsored by, approved by, or otherwise connected with TRT;

      e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for TRT, nor authorized by TRT to be sold or offered for sale, and which bear any of TRT's trademarks or copyrights, including the TRT Trademarks and the TRT Copyrights, or any reproductions, counterfeit copies, or colorable imitations;

      f. offering for sale, selling, and importing any products not authorized by TRT, including any reproduction, copy, or colorable imitation of the TRT Design;

      g. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the TRT Design; and

      h. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of

4

receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon TRT's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to TRT expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts and Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control

5

of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon TRT's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods bearing the TRT Copyrights or using the TRT Trademarks or TRT Design.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. TRT may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided

for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Hong Hoa Store and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from domain name registrars or payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. TRT's Pleadings, Schedule A, and Exhibits 1 thereto (ECF Nos. 5, 5-1 to 5-2), the Declaration of Wayne Huisman and accompanying exhibits (ECF Nos. 8-3 to 8-14), and the TRO (ECF No. 10) are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $352,000 bond posted by TRT shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Date: January 5, 2024

John J. Tharp, Jr.
United States District Judge

# Schedule A

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 85 | Hong Hoa Store | A13W1QF58XWQTE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13W1QF58XWQTE |
| 86 | doublefengshi | A13X42CX5WLNEB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13X42CX5WLNEB |
| 87 | songshanquayariyongpindian | A151JO439F142T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A151JO439F142T |
| 88 | zhaotongzhaoyangquwensuwangluokejiyouxiangongsi | A15QDKG0R8LKFN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15QDKG0R8LKFN |
| 89 | 郝卫星 | A17M9Q3JGF9KMD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17M9Q3JGF9KMD |
| 90 | ZYUE SHOP | A191MQSOSXNC1I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A191MQSOSXNC1I |
| 91 | POTRAS Official US | A19D7DISNIKRY9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A19D7DISNIKRY9 |
| 92 | Goquality | A1AINY29JRLSU8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AINY29JRLSU8 |
| 93 | TOPSimpleusa | A1DRPAESB0EGYY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DRPAESB0EGYY |
| 94 | dingdapeng666 | A1FN0KP72YFL1F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FN0KP72YFL1F |
| 95 | AOYISHENG Store | A1HWLRTAHWROUW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1HWLRTAHWROUW |
| 96 | MQUS | A1P8DNCDPOSBWA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1P8DNCDPOSBWA |
| 97 | xingyaous | A1QLTQGR77SNZ6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QLTQGR77SNZ6 |
| 98 | Taaijung | A1QZ9JXT4ZOKWB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QZ9JXT4ZOKWB |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 99 | Vanrecok | A1T2N2OMXGUH94 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T2N2OMXGUH94 |
| 100 | llyying | A1T7H7K1IJQ5H7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T7H7K1IJQ5H7 |
| 101 | jinengshangmaoyouxiangongsi | A1W7M4BZQFJKRP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1W7M4BZQFJKRP |
| 102 | guangzhoukelaoshangmaoyouxiangongsi | A20W7DWIOBOTGN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A20W7DWIOBOTGN |
| 103 | chenghuan business | A23392KHXDV174 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23392KHXDV174 |
| 104 | guangzhouhongningshangmaoyouxiangongsi | A24ST53G5L1NGF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24ST53G5L1NGF |
| 105 | Jarrett US | A25K9AL1QR6SB6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25K9AL1QR6SB6 |
| 106 | manchihe | A25VCGZL2YJFBV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25VCGZL2YJFBV |
| 107 | High quality cloud | A261HRX6VWVQN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A261HRX6VWVQN |
| 108 | ninjakang | A26YBAKHEH7HIR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A26YBAKHEH7HIR |
| 109 | | | |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 114 | outengshangmao | A2L7HGNVH8ESKK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L7HGNVH8ESKK |
| 115 | guangzhouhuaduquruiyishuiguobu | A2LRXRXMMHVBEK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2LRXRXMMHVBEK |
| 116 | 昆明减减商贸有限公司 | A2R9Q80AY0JZE8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R9Q80AY0JZE8 |
| 117 | likaiwenshangdian | A2TDDVXCI65736 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2TDDVXCI65736 |
| 119 | fewtyry | A2W242B4SSXWLI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2W242B4SSXWLI |
| 120 | HNQYD-IN | A2W7G1G8YHERGG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2W7G1G8YHERGG |
| 121 | Haitao's shop | A2XLJCPHRBUGE8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2XLJCPHRBUGE8 |
| 122 | wangguoxia823 | A31O8SSK2WEP9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A31O8SSK2WEP9 |
| 123 | qionghaiyuyushangmaoyouxiangongsii | A34WFNA1TAOZI8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A34WFNA1TAOZI8 |
| 124 | East coast sunset | A363KEF1XN4RZW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A363KEF1XN4RZW |
| 125 | mengchengxianshusuoshangmaoyouxiangongsi | A36XT0P9TSKPES | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36XT0P9TSKPES |
| 126 | LYBHDZ | A37FK1VGE6B6MV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37FK1VGE6B6MV |
| 127 | mqmbangw | A385GPX2JKVKDU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A385GPX2JKVKDU |
| 128 | DanChengYaYiShangMaoGongSi | A39ICVHKUSTB61 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39ICVHKUSTB61 |
| 129 | tianmihua | A39KIHA88SOUSW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39KIHA88SOUSW |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 130 | THE LCUK ONE | A39N3C6KSWNTM3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39N3C6KSWNTM3 |
| 131 | xinyang—shop | A3EPYQQR8GE496 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3EPYQQR8GE496 |
| 132 | zlymx1203 | A3F40RGIMGWTGF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F40RGIMGWTGF |
| 133 | jinshangdd | A3GCRFMKC7TOGY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3GCRFMKC7TOGY |
| 134 | 宁夏万合力工程有限公司 | A3H09VSNGB8VIX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3H09VSNGB8VIX |
| 135 | RolosWoow | A3NDVP0R7YT5MC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NDVP0R7YT5MC |
| 136 | weifangshengkunshangmaoyouxiangongsi | A3R6RJCIO3RMIF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3R6RJCIO3RMIF |
| 137 | Tong Ting Official Store | A3VW46Z5MR7GQH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VW46Z5MR7GQH |
| 138 | GOLD DEER US | A4MHCKIKZAXV8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4MHCKIKZAXV8 |
| 139 | Kmier | A59OISPNR7OSZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A59OISPNR7OSZ |
| 140 | REDIYA | A8LXWE47CB1US | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8LXWE47CB1US |
| 141 | YUYI-US | AC3TZFUUGRZW2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AC3TZFUUGRZW2 |
| 142 | Baocheng Business | AEKEPNL5DGJF6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AEKEPNL5DGJF6 |
| 143 | lixinxianzhumaoshangmaoyouxiangongsi | AENXS95HJYJX9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AENXS95HJYJX9 |
| 144 | TINGXIE | AEO1T6NM1P2HI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AEO1T6NM1P2HI |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 145 | JUNXIU | AJ49K140AOIL1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJ49K140AOIL1 |
| 146 | yanbihaodsa | AK00CJU02UAFZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AK00CJU02UAFZ |
| 147 | BLTBLD | AKMB274FSCSBE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKMB274FSCSBE |
| 148 | ZLIENSZUS | ANPIRGX033LVZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANPIRGX033LVZ |
| 149 | Cyrus Krays Amazing Store | APY7OODDR2QZ9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=APY7OODDR2QZ9 |
| 150 | Zyunfong | AS07EH8Y8ISA7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AS07EH8Y8ISA7 |
| 151 | LUQIQI | ASFJEILFIWG9B | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASFJEILFIWG9B |
| 152 | Laura Shark | AU3HD2P7M7XGP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AU3HD2P7M7XGP |
| 153 | weifangjuzhewangluokejiyouxiangongsi | AX5EY442YJHGT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AX5EY442YJHGT |
| 154 | MIR ROR | AZOLTFQ42783K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZOLTFQ42783K |
| 155 | Heyang Industrial Co., Ltd | Heyang | https://www.cjdropshipping.com/ |
| 156 | meidoll Store | 21564247 | https://www.dhgate.com/store/21564247 |
| 157 | fyautoper Store | 21703499 | https://www.dhgate.com/store/21703499 |
| 158 | fzcvape Store | 21707373 | https://www.dhgate.com/store/21707373 |
| 159 | fzctq3 Store | 21751113 | https://www.dhgate.com/store/21751113 |
| 160 | lyouyig4 Store | 21751244 | https://www.dhgate.com/store/21751244 |
| 161 | youyif1 Store | 21751259 | https://www.dhgate.com/store/21751259 |
| 162 | lwkdo Store | 21800472 | https://www.dhgate.com/store/21800472 |
| 163 | rhq1 Store | 21800493 | https://www.dhgate.com/store/21800493 |
| 164 | lqvlj Store | 21800511 | https://www.dhgate.com/store/21800511 |
| 165 | nqcj Store | 21800524 | https://www.dhgate.com/store/21800524 |
| 166 | fgit Store | 21800525 | https://www.dhgate.com/store/21800525 |
| 167 | mlmt Store | 21800528 | https://www.dhgate.com/store/21800528 |
| 168 | fh4j Store | 21800529 | https://www.dhgate.com/store/21800529 |
| 169 | gkh9 Store | 21800536 | https://www.dhgate.com/store/21800536 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 170 | wmpr Store | 21800540 | https://www.dhgate.com/store/21800540 |
| 171 | enqb Store | 21800793 | https://www.dhgate.com/store/21800793 |
| 172 | rmsa Store | 21800829 | https://www.dhgate.com/store/21800829 |
| 173 | fmx8 Store | 21800848 | https://www.dhgate.com/store/21800848 |
| 174 | jkcz Store | 21800875 | https://www.dhgate.com/store/21800875 |
| 175 | iqb5 Store | 21800887 | https://www.dhgate.com/store/21800887 |
| 176 | zmnw Store | 21800913 | https://www.dhgate.com/store/21800913 |
| 177 | efbe Store | 21800921 | https://www.dhgate.com/store/21800921 |
| 178 | jqge Store | 21800926 | https://www.dhgate.com/store/21800926 |
| 179 | pyrm Store | 21800948 | https://www.dhgate.com/store/21800948 |
| 180 | mxgk Store | 21800952 | https://www.dhgate.com/store/21800952 |
| 181 | ecbs Store | 21800963 | https://www.dhgate.com/store/21800963 |
| 182 | acaa Store | 21800975 | https://www.dhgate.com/store/21800975 |
| 183 | uxtz Store | 21800976 | https://www.dhgate.com/store/21800976 |
| 184 | jt5f Store | 21801011 | https://www.dhgate.com/store/21801011 |
| 185 | vhfc Store | 21818264 | https://www.dhgate.com/store/21818264 |
| 186 | uygu Store | 21818315 | https://www.dhgate.com/store/21818315 |
| 187 | b4bb Store | 21818346 | https://www.dhgate.com/store/21818346 |
| 188 | gfmr Store | 21818378 | https://www.dhgate.com/store/21818378 |
| 189 | chmh Store | 21818380 | https://www.dhgate.com/store/21818380 |
| 190 | omkc Store | 21818476 | https://www.dhgate.com/store/21818476 |
| 191 | seg0 Store | 21818531 | https://www.dhgate.com/store/21818531 |
| 192 | tqwb Store | 21818538 | https://www.dhgate.com/store/21818538 |
| 193 | teuk Store | 21818598 | https://www.dhgate.com/store/21818598 |
| 194 | t7sk Store | 21818633 | https://www.dhgate.com/store/21818633 |
| 195 | ty4y Store | 21818667 | https://www.dhgate.com/store/21818667 |
| 196 | qvgq Store | 21818670 | https://www.dhgate.com/store/21818670 |
| 197 | qrrq Store | 21818671 | https://www.dhgate.com/store/21818671 |
| 198 | tsxt Store | 21818889 | https://www.dhgate.com/store/21818889 |
| 199 | shba Store | 21818904 | https://www.dhgate.com/store/21818904 |
| 200 | x1kf Store | 21819076 | https://www.dhgate.com/store/21819076 |
| 201 | mkp1 Store | 21819220 | https://www.dhgate.com/store/21819220 |
| 202 | updd Store | 21819278 | https://www.dhgate.com/store/21819278 |
| 203 | vfbk Store | 21819284 | https://www.dhgate.com/store/21819284 |
| 204 | vzwh Store | 21819700 | https://www.dhgate.com/store/21819700 |
| 205 | s9sa Store | 21819701 | https://www.dhgate.com/store/21819701 |
| 206 | w66i Store | 21819706 | https://www.dhgate.com/store/21819706 |
| 207 | ocky Store | 21819723 | https://www.dhgate.com/store/21819723 |
| 208 | qqfp Store | 21819729 | https://www.dhgate.com/store/21819729 |
| 209 | hjek Store | 21819752 | https://www.dhgate.com/store/21819752 |
| 210 | frwi Store | 21819793 | https://www.dhgate.com/store/21819793 |
| 211 | slyq Store | 21819797 | https://www.dhgate.com/store/21819797 |
| 212 | t6sr Store | 21819847 | https://www.dhgate.com/store/21819847 |
| 213 | dhcarfuelfilter Store | 21828137 | https://www.dhgate.com/store/21828137 |
| 214 | tyfyhomes Store | 21882220 | https://www.dhgate.com/store/21882220 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 215 | 5.1ykqvmxz | 5.1ykqvmxz | https://www.ebay.com/usr/5.1ykqvmxz |
| 216 | anggiedevy0 | anggiedevy0 | https://www.ebay.com/usr/anggiedevy0 |
| 217 | askdeans | askdeans | https://www.ebay.com/usr/askdeans |
| 218 | auto-parts-2023 | auto-parts-2023 | https://www.ebay.com/usr/auto-parts-2023 |
| 219 | auto-parts-8 | auto-parts-8 | https://www.ebay.com/usr/auto-parts-8 |
| 220 | auto-partss | auto-partss | https://www.ebay.com/usr/auto-partss |
| 221 | auxfastway | auxfastway | https://www.ebay.com/usr/auxfastway |
| 222 | auxito_part | auxito_part | https://www.ebay.com/usr/auxito_part |
| 223 | auxito_world | auxito_world | https://www.ebay.com/usr/auxito_world |
| 224 | axi-auto | axi-auto | https://www.ebay.com/usr/axi-auto |
| 225 | axipart_king | axipart_king | https://www.ebay.com/usr/axipart_king |
| 226 | bestaccessorystore | bestaccessorystore | https://www.ebay.com/usr/bestaccessorystore |
| 227 | besttime | besttime | https://www.ebay.com/usr/besttime |
| 229 | bogirko | bogirko | https://www.ebay.com/usr/bogirko |
| 230 | bomstore | bomstore | https://www.ebay.com/usr/bomstore |
| 231 | buildyourmotor | buildyourmotor | https://www.ebay.com/usr/buildyourmotor |
| 232 | buy-extreme | buy-extreme | https://www.ebay.com/usr/buy-extreme |
| 233 | car_replace_partxl | car_replace_partxl | https://www.ebay.com/usr/car_replace_partxl |
| 234 | card_master0 | card_master0 | https://www.ebay.com/usr/card_master0 |
| 235 | carparshop | carparshop | https://www.ebay.com/usr/carparshop |
| 236 | challenger-market | challenger-market | https://www.ebay.com/usr/challenger-market |
| 237 | cicivi6 | cicivi6 | https://www.ebay.com/usr/cicivi6 |
| 238 | clkjae | clkjae | https://www.ebay.com/usr/clkjae |
| 239 | clkjaf | clkjaf | https://www.ebay.com/usr/clkjaf |
| 240 | cv32542 | cv32542 | https://www.ebay.com/usr/cv32542 |
| 241 | dafioes | dafioes | https://www.ebay.com/usr/dafioes |
| 242 | dotaqqa | dotaqqa | https://www.ebay.com/usr/dotaqqa |
| 243 | draweater | draweater | https://www.ebay.com/usr/draweater |
| 244 | eby18 | eby18 | https://www.ebay.com/usr/eby18 |
| 245 | eocusun | eocusun | https://www.ebay.com/usr/eocusun |
| 247 | eurer | eurer | https://www.ebay.com/usr/eurer |
| 248 | ffor | ffor | https://www.ebay.com/usr/ffor |
| 249 | fijanep-0 | fijanep-0 | https://www.ebay.com/usr/fijanep-0 |
| 250 | FIRST1GARDEN | first1garden | https://www.ebay.com/usr/first1garden |
| 251 | flyautor | flyautor | https://www.ebay.com/usr/flyautor |
| 252 | foryourcar2023 | foryourcar2023 | https://www.ebay.com/usr/foryourcar2023 |
| 253 | frgre4646 | frgre4646 | https://www.ebay.com/usr/frgre4646 |
| 254 | full4smile | full4smile | https://www.ebay.com/usr/full4smile |
| 255 | gayud58 | gayud58 | https://www.ebay.com/usr/gayud58 |
| 256 | gerobokummi | gerobokummi | https://www.ebay.com/usr/gerobokummi |
| 257 | greatmar1 | greatmar1 | https://www.ebay.com/usr/greatmar1 |
| 258 | greenshop77 | greenshop77 | https://www.ebay.com/usr/greenshop77 |
| 259 | guoyishidai8 | guoyishidai8 | https://www.ebay.com/usr/guoyishidai8 |
| 260 | harqur6 | harqur6 | https://www.ebay.com/usr/harqur6 |
| 261 | hebli_7 | hebli_7 | https://www.ebay.com/usr/hebli_7 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 262 | hinesbuc-7 | hinesbuc-7 | https://www.ebay.com/usr/hinesbuc-7 |
| 263 | hongkongjunliang-0 | hongkongjunliang-0 | https://www.ebay.com/usr/hongkongjunliang-0 |
| 264 | hz_part | hz_part | https://www.ebay.com/usr/hz_part |
| 265 | jaynoeye | jaynoeye | https://www.ebay.com/usr/jaynoeye |
| 266 | jaypopupstore | jaypopupstore | https://www.ebay.com/usr/jaypopupstore |
| 267 | jcqq58 | jcqq58 | https://www.ebay.com/usr/jcqq58 |
| 268 | jiajunmaoyi | jiajunmaoyi | https://www.ebay.com/usr/jiajunmaoyi |
| 269 | jl-autopart | jl-autopart | https://www.ebay.com/usr/jl-autopart |
| 270 | jy03-au-93 | jy03-au-93 | https://www.ebay.com/usr/jy03-au-93 |
| 271 | jy04-au45 | jy04-au45 | https://www.ebay.com/usr/jy04-au45 |
| 272 | jy05-au-24 | jy05-au-24 | https://www.ebay.com/usr/jy05-au-24 |
| 273 | jymaoyi | jymaoyi | https://www.ebay.com/usr/jymaoyi |
| 274 | khjephot0 | khjephot0 | https://www.ebay.com/usr/khjephot0 |
| 275 | lastoneseller2021 | lastoneseller2021 | https://www.ebay.com/usr/lastoneseller2021 |
| 276 | leapst.1 | leapst.1 | https://www.ebay.com/usr/leapst.1 |
| 277 | lesim-497505 | lesim-497505 | https://www.ebay.com/usr/lesim-497505 |
| 279 | lilongji882 | lilongji882 | https://www.ebay.com/usr/lilongji882 |
| 281 | lucky-purple | lucky-purple | https://www.ebay.com/usr/lucky-purple |
| 282 | luh-6200 | luh-6200 | https://www.ebay.com/usr/luh-6200 |
| 283 | luogeer | luogeer | https://www.ebay.com/usr/luogeer |
| 284 | mengshi-0919 | mengshi-0919 | https://www.ebay.com/usr/mengshi-0919 |
| 285 | mossf-0 | mossf-0 | https://www.ebay.com/usr/mossf-0 |
| 286 | multideals000 | multideals000 | https://www.ebay.com/usr/multideals000 |
| 287 | nanji-1204 | nanji-1204 | https://www.ebay.com/usr/nanji-1204 |
| 288 | nineblicks0 | nineblicks0 | https://www.ebay.com/usr/nineblicks0 |
| 289 | noauto | noauto | https://www.ebay.com/usr/noauto |
| 290 | nuutp0 | nuutp0 | https://www.ebay.com/usr/nuutp0 |
| 291 | oooshop6 | oooshop6 | https://www.ebay.com/usr/oooshop6 |
| 292 | paph_auto_home | paph_auto_home | https://www.ebay.com/usr/paph_auto_home |
| 293 | parts_onliner8 | parts_onliner8 | https://www.ebay.com/usr/parts_onliner8 |
| 294 | party_card | party_card | https://www.ebay.com/usr/party_card |
| 295 | patternn | patternn | https://www.ebay.com/usr/patternn |
| 296 | perth*f8j | perth*f8j | https://www.ebay.com/usr/perth*f8j |
| 297 | polk12a | polk12a | https://www.ebay.com/usr/polk12a |
| 298 | qa8hk-wupkscwbv | qa8hk-wupkscwbv | https://www.ebay.com/usr/qa8hk-wupkscwbv |
| 299 | re7_6178 | re7_6178 | https://www.ebay.com/usr/re7_6178 |
| 300 | refitting-auto-part | refitting-auto-part | https://www.ebay.com/usr/refitting-auto-part |
| 301 | renfuwf | renfuwf | https://www.ebay.com/usr/renfuwf |
| 302 | rioperate | rioperate | https://www.ebay.com/usr/rioperate |
| 303 | ry6181 | ry6181 | https://www.ebay.com/usr/ry6181 |
| 304 | ryauto_home | ryauto_home | https://www.ebay.com/usr/ryauto_home |
| 305 | sdffgg_92 | sdffgg_92 | https://www.ebay.com/usr/sdffgg_92 |
| 306 | service_first | service_first | https://www.ebay.com/usr/service_first |
| 307 | service_first1 | service_first1 | https://www.ebay.com/usr/service_first1 |
| 308 | service-first | service-first | https://www.ebay.com/usr/service-first |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 309 | shanxiliubiaoyixinx_0 | shanxiliubiaoyixinx_0 | https://www.ebay.com/usr/shanxiliubiaoyixinx_0 |
| 310 | sidawous | sidawous | https://www.ebay.com/usr/sidawous |
| 311 | sidouglas0 | sidouglas0 | https://www.ebay.com/usr/sidouglas0 |
| 312 | speed_partstore | speed_partstore | https://www.ebay.com/usr/speed_partstore |
| 313 | stirling*j49 | stirling*j49 | https://www.ebay.com/usr/stirling*j49 |
| 314 | super_motor23 | super_motor23 | https://www.ebay.com/usr/super_motor23 |
| 315 | Toolsmarket | toolsmarket | https://www.ebay.com/usr/toolsmarket |
| 316 | tradeasy2020 | tradeasy2020 | https://www.ebay.com/usr/tradeasy2020 |
| 317 | tupi96 | tupi96 | https://www.ebay.com/usr/tupi96 |
| 318 | us-in-ventory | us-in-ventory | https://www.ebay.com/usr/us-in-ventory |
| 319 | velvetbutter-87 | velvetbutter-87 | https://www.ebay.com/usr/velvetbutter-87 |
| 320 | wangpeng_6 | wangpeng_6 | https://www.ebay.com/usr/wangpeng_6 |
| 321 | webandam0 | webandam0 | https://www.ebay.com/usr/webandam0 |
| 322 | wide_8246 | wide_8246 | https://www.ebay.com/usr/wide_8246 |
| 323 | wt_part | wt_part | https://www.ebay.com/usr/wt_part |
| 324 | wwshopping | wwshopping | https://www.ebay.com/usr/wwshopping |
| 325 | xl_shop | xl_shop | https://www.ebay.com/usr/xl_shop |
| 326 | yiyi886 | yiyi886 | https://www.ebay.com/usr/yiyi886 |
| 327 | yvu_54 | yvu_54 | https://www.ebay.com/usr/yvu_54 |
| 328 | adaffg.shop | adaffg.shop | https://adaffg.shop |
| 329 | blosmore.com | blosmore.com | https://blosmore.com |
| 330 | cayyofun.com | cayyofun.com | https://cayyofun.com |
| 331 | fulltocart.com | fulltocart.com | https://fulltocart.com |
| 332 | jieyuandatrad.com | jieyuandatrad.com | https://jieyuandatrad.com |
| 333 | lohkaki.com | lohkaki.com | https://lohkaki.com |
| 334 | KLTOOL | 4.6596E+11 | https://temu.com/465959966925.html |
| 335 | Wenzhou Biaozhi Trade Company | 5.38372E+12 | https://temu.com/5383722170593.html |
| 336 | Drong | 6.34418E+14 | https://temu.com/634418211023061.html |
| 337 | QQIC | 6.34418E+14 | https://temu.com/634418211291498.html |
| 338 | YuPengJinMi | 8013394834 | https://temu.com/8013394834.html |
| 339 | FSZHYY | fszhyy-m-634418211040509 | https://temu.com/fszhyy-m-634418211040509.html |
| 340 | SLPGYXGS | 101192429 | https://www.walmart.com/reviews/seller/101192429 |
| 341 | AggXPF | 101224394 | https://www.walmart.com/reviews/seller/101224394 |
| 342 | si ren pu | 101314441 | https://www.walmart.com/reviews/seller/101314441 |
| 343 | tai yuan bo jie ji | 101352213 | https://www.walmart.com/reviews/seller/101352213 |
| 344 | mossflower shop | 60433c4ecdfba14ec2cbd29f | https://www.wish.com/merchant/60433c4ecdfba14ec2cbd29f |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 345 | Shenzhen Gaoxun Bo technology Co., LTD | 13105 | https://www.walmart.com/reviews/seller/101001636 |
| 346 | Shenzhen Gaoxun Bo technology Co., LTD | 12876 | https://www.walmart.com/reviews/seller/101001636 |
| 347 | Chengdu Lijia technology Co., LTD | 9560 | https://www.walmart.com/reviews/seller/18988 |
| 348 | Chengdu Lijia technology Co., LTD | 9559 | https://www.walmart.com/reviews/seller/18988 |
| 349 | Guangzhou British trading Co., LTD | 12047 | https://www.walmart.com/reviews/seller/18988 |
| 350 | Shenzhen Hongji supply chain Co., LTD | 11347 | https://www.walmart.com/reviews/seller/18988 |