IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TR TOOLS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 23-cv-16575 <br><br> Judge John J. Tharp, Jr. <br> Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS**

Plaintiff TR Tools, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the defendant(s)

| Merchant Name | Def. No. |
|---|---|
| Hua Auto Parts Store | #49 |
| Hong Hoa Store | #85 |
| Kmier | #139 |

with prejudice. Plaintiff is dismissing Settling Defendant(s) because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendant(s) have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

|  |  |
|---|---|
| Dated: January 16, 2024 | Respectfully submitted,<br><br>TR TOOLS, LLC<br><br>By: /s/ James E. Judge<br><br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Patrycia Piaskowski (IL Bar No. 6346239)<br>Flener IP Law, LLC<br>77 West Washington Street, Suite 800<br>Chicago, Illinois 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |

**EXHIBIT 1**

| Doe No. | Merchant Name |
|---|---|
| 86 | doublefengshi |
| 106 | manchihe |