**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TR TOOLS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 23-cv-16575 <br><br> Judge John J. Tharp, Jr. <br> Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS**

Plaintiff TR Tools, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the defendant(s):

| Merchant Name | Defendant/Doe No. |
|---|---|
| Zhu Ji Yibo Automobile Protection Tool Factory | #12 |
| Tong Ting Official Store | #137 |
| GOLD DEER US | #138 |
| khjephot0 | #274 |
| FSZHYY | #339 |
| Guangzhou British trading Co., LTD | #349 |
| 5.1ykqvmxz | #215 |
| buy-extreme | #232 |
| clkjae | #238 |
| clkjaf | #239 |
| dotaqqa | #242 |
| draweater | #243 |
| eby18 | #244 |
| jcqq58 | #267 |
| qa8hk-wupkscwbv | #298 |

with prejudice. Plaintiff is dismissing Settling Defendant(s) because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendant(s) have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

| | |
|---|---|
| Dated: January 26, 2024 | Respectfully submitted, |
| | TR TOOLS, LLC |
| | By: /s/ James E. Judge |
| | Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Patrycia Piaskowski (IL Bar No. 6346239)<br>Flener IP Law, LLC<br>77 West Washington Street, Suite 800<br>Chicago, Illinois 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |